

NUMBER 13-11-00092-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

IN RE LEOPOLDO LEAL

On Petition for Writ of Mandamus.

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez and Perkes
Per Curiam Memorandum Opinion[1]

Relator, Leopoldo Leal, pro se, filed a petition for writ of mandamus in the above cause on February 3, 2011, seeking to compel the trial court to enter judgment in Leal's favor in the underlying cause of action.[2] The Court, having examined and fully considered the petition for writ of mandamus, is of the opinion that relator has not shown himself entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Memorandum Opinion delivered and filed
this 9th day of March, 2011.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

[2] The appeal of the judgment at issue herein is currently pending in this Court in appellate cause number 13-10-00377-CV, *Leopoldo Leal v. King Ranch, Inc. and Other Unknown Persons*.